AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

FILED
AUG 28 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Tony Lamont Jones | ) Case No: 2:97cr102-1 |
| | ) USM No: 50192-083 |
| Date of Original Judgment: 01/29/1998 | ) |
| Date of Previous Amended Judgment: | ) Keith Loren Kimball |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  01/29/1998   months **is reduced to**  360 months on Counts 1 & 2  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/29/1998  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/28/2015

Judge's signature
Raymond A. Jackson
United States District Judge

Effective Date:  11/01/2015
*(if different from order date)*
Printed name and title